(116 N. W. 84.)

---

STATE EX REL. McCUE, ATTY. GEN., v. NORTHERN PAC. RY. CO.

Opinion filed April 22, 1908.

Application by the state, on the relation of T. F. McCue, Attorney General, for writ of mandamus against the Northern Pacific Railway company.

Writ denied.

*T. F. McCue,* Attorney General in pro per.
*C. W. Bunn* and *Ball, Watson, Young & Hardy,* for defendant.

PER CURRIAM. Following the decision in State ex rel. McCue, Attorney General, v. Great Northern Ry. Co. (N. D.) 116 N. W. 89, just announced, the application for a writ of mandamus is denied.